# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5039**                                   **September Term, 2020**

**1:20-cv-03591-RDM**

**Filed On:** July 7, 2021

In re: Sealed Case

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

# UNDER SEAL JUDGMENT NOT AVAILABLE TO THE PUBLIC